FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
06/3/2015 11:22:16 AM
KEITH E. HOTTLE
Clerk

# EXHIBIT A

CAUSE NO. JSC4-4995

DAVID GOAD

            Plaintiff,

v.

JAMIE OSBORNE

            Defendant.

§
§
§
§
§
§
§
§

IN THE JUSTICE COURT

PRECINCT NO. FOUR

GUADALUPE COUNTY, TEXAS

## PARTIES

Plaintiff, David Goad, resides at 1154 Rivertree Drive, in New Braunfels, Texas 78130 Phone no. 830-515-2052

Defendant, Jamie Osborne, home address is unknown, her work address is: 3000 North Austin Street, Sequin, Texas 78155.

## COMPLAINT

1. Jamie Osborne, knowingly, deliberately, recklessly, and with malice committed fraudulent and malicious acts between 2012 and June of 2014, causing financial loss to David Goad (and others) in the matters concerning her practices, appraisal, evaluation, and reporting methods of the real property located at Zuehl Airfield, more particularly described as property ID: 107520 (1.00 acre, more or less, out of abstract 134 of the Jose Flores Survey, Guadalupe County, Texas.) on Windsock Lane, Marion, Texas.

2. Jamie Osborne, failed to provide David Goad a timely hearing to protest the property appraisal in question, and removed, destroyed or otherwise "sanitized" the file to exclude proof of David Goad's request(s) and notifications regarding his protesting the appraisals for said property.

**FILED**

DATE 6-9-14

J.P. PRECINCT #4 SEGUIN
GUADALUPE COUNTY, TEXAS

c0# EGU9562

3. Jamie Osborne's acts may violate the constitutional rights of David Goad (and others) under 42 U.S.C. Section 1983.

## REQUESTS

5. David Goad moves for the maximum amount allowed by this court ($10,000.00). This amount includes, but is not limited to: actual losses and damages, plus all costs incurred.

6. David Goad reserves the right to re-plead all amount(s) he seeks in this case if this case is otherwise moved, transferred, or appealed to a court with higher limits.

Respectfully submitted,

DAVID GOAD, Plaintiff *pro se*
1154 Rivertree Drive
New Braunfels, Texas 78130
830-515-2052